IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LINDA MATHIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKILL ZONE USA, LLC AND PREDOMINANT SKILLZ, LLC<br><br>Defendants. | § § § § § § § § § § § §   Case No. 6:23-cv-234-JDK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Linda Mathis and Darlene Jackson ("Plaintiffs") and Defendants Skill Zone USA, LLC and Predominant Skillz, LLC ("Defendants") (collectively "the Parties") stipulate and agree that as Plaintiffs no longer desire to pursue their claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


Respectfully submitted,

*/s/ Dallas W. Tharpe*
**Dallas W. Tharpe**
TX State Bar No. 24052036
dallas@tharpefirm.com
**THE THARPE FIRM, PLLC**
455 Rice Rd., Suite 101
Tyler, Texas 75703
P: (903) 253-9469
F: (903) 253-9475

**ATTTORNEY FOR DEFENDANTS**


<u>**CERTIFICATE OF SERVICE**</u>

On November 15, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker