## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **LINDA MATHIS, on behalf of herself and all others similarly situated,** § § § | |
| **Plaintiff,** § § | |
| **v.** § § § | **Case No.  6:23-cv-234-JDK** |
| **SKILL ZONE USA, LLC AND PREDOMINANT SKILLZ, LLC** § § § § | |
| **Defendants.** § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice.  Considering the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that the Parties' Joint Stipulation of Dismissal with Prejudice is GRANTED with each party bearing their own fees and costs.  Further, any pending requested relief is denied as moot.